## UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

**Jay F. Neely**
**Chief U.S. Probation Officer**



310 New Bern Avenue, Room 610
Raleigh, NC 27601
Phone: 919-861-8672
Fax: 919-334-5322

**DATE:** April 23, 2026

**FROM:** Melissa K. Lunsmann
Supervisory U.S. Probation Officer

**SUBJECT:** **SMITH, Herbert Leonard**
**Case No.: 2:24-CR-8-1D**
**Request for Early Termination**

**TO:** James C. Dever III
United States District Judge

On October 4, 2018, Herbert Leonard Smith was convicted of Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A). Mr. Smith appeared in United States District Court for the Eastern District of Virginia and received 120 months imprisonment, followed by five years of supervised release. He began supervision on June 13, 2022. On March 21, 2024, a Transfer of Jurisdiction was filed in the Eastern District of North Carolina and assigned to the Honorable James C. Dever III, U.S. District Judge.

Mr. Smith has performed satisfactorily on supervision. He has submitted to DNA testing and has not incurred any criminal charges. His case was evaluated as a low-risk supervision case and has been in our low-risk supervision program since November 20, 2024. All drug screens have been negative. Mr. Smith is also gainfully employed and has satisfied all his monetary obligations. His term of supervision is set to expire on June 12, 2027.

The probation office respectfully requests early termination. The U.S. Attorney's Office has been contacted and input was requested; however, we have not received a response and do not know if they concur with our recommendation or object to the same. Please indicate the court's preference by marking the appropriate selection below.

☐ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.


_____          _____
James C. Dever III                                              Date
United States District Judge

## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

**v.**                                                    **Crim. No. 2:24-CR-8-1D**

**HERBERT LEONARD SMITH**

On June 13, 2022, the above named began supervised release for a period of 5 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/ Melissa K. Lunsmann
> Melissa K. Lunsmann
> Supervising U.S. Probation Officer
> 310 New Bern Avenue, Room 610
> Raleigh, NC 27601-1441
> Phone: (919) 861-8672
> Executed On: April 23, 2026

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __24__ day of __April__, 2026.

James C. Dever III
U.S. District Judge